IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
   Plaintiff

v.

WALDEMAR BURGOS-CHAPARRO,
   Defendant

Criminal No. 99-307(PG)

### ORDER

The attached Presentence Investigation Report is to be returned to the U.S. Probation Office.

**SO ORDERED.**

At San Juan, Puerto Rico, this 31st day of May, 2005.

S/AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

MAY 3 1 2005

s/c: Jacabed Rodriguez
Lydia Lizarribar