**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| WALDEMAR BURGOS-CHAPARRO,<br><br>    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | CIVIL NO. 04-1114 (PG)<br>[Cr. No. 99-307 (PG)] |

**J U D G M E N T**

Having granted in part and denied in part petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence, the same is hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, July 29, 2005.

                                                <u>S/ JUAN M. PÉREZ-GIMÉNEZ</u>
                                                JUAN M. PÉREZ-GIMÉNEZ
                                                UNITED STATES DISTRICT JUDGE